81,011-02

Clerk
   Abel Acosta.

Please, Present This enclosed Letter to
The Presiding Judge  Sharon Keller

   8-10-15

Re. Bristow Roy Dunwood
   CCA. No.   ' WR 81,011-02
Trial court No. 2011 F00150-A

                  Thank you'.

         Roy Dunwood Bristow #1894817
              Choice Moore
         1700 Fm. 87
         Bonham, Texas
                  75418

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

Judge Sharon Keller,

I am writing you this letter because what is happening to me is illegal and unjust.

On 10-7-2013 I signed a plea-agreement openly in court. This plea-agreement clearly states that I would be given credit for all time served since a specified date "9-2-2011"

I was incarcerated on this date "9-2-11" and have continued to be incarcerated.

The 5th District Court of Cass County has intentionally breached this plea-agreement by not awarding with the credit specified in the agreement.

Everything I've mentioned in this appeal is signed and documented. The plea-agreement was read openly in court.

The Appeals Court order the 5th District Court of Cass County to send a supplemental transcripts, affidavits, interrogatories, court reporters notes, Finding of Facts and conclusion of Law

This was Filed June 4, 2014

They Responded to this on march 24, 2015 by saying they had no recollection of this courts Remand order

On 4-1-2015 This Court Granted the 5th District Court of Cass County with a 90 Day Extension.

They have surpassed that 90 Day Extension without any Response.

This is the second time the 5th District Court of Cass County has Neglected the order of this Court.

I am asking this court to take affirmative action in this matter and once again order the 5th District Court of Cass County to comply with this

Courts Removal order.

I Thank you For your Time

Respectfully

Roy D Bristow